UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MILTON PERNELL MADRY,

    Plaintiff,

v.                                                  CASE NO.: 8:13-cv-312-T-23DNF

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.
_____/

**ORDER**

On August 30, 2013, Magistrate Judge Frazier issued a report (Doc. 21) and finds that Milton Madry's complaint is untimely and that Madry failed to argue (much less establish) equitable tolling.

The time Local Rule 6.02 permits for an objection expired, and Madry submits nothing. Magistrate Judge Frazier's report and recommendation is thorough and reasoned. Consequently, the report and recommendation (Doc. 21) is **ADOPTED**, and the Acting Commissioner's motion for summary judgment (Doc. 19) is **GRANTED**.

The clerk is directed (1) to enter judgment in favor of the Acting Commissioner of Social Security and against Madry, (2) to terminate any pending motion, and (3) to close the case.

ORDERED in Tampa, Florida, on September 25, 2013.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE